UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sean Callisto, | **Court File No.: 07-3500 (PAM/RLE)** |
| Plaintiff, | |
| vs. | **ORDER FOR JUDGMENT** |
| Metzger & Son Trucking Co., Inc., | |
| Defendant. | |

Based upon the Stipulation of Dismissal with Prejudice entered into by the parties and upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that any and all claims against Defendant in this matter are hereby dismissed, with prejudice, on the merits, and in its entirety, but without any award of costs or disbursements to any of the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  November  19 , 2008.          BY THE COURT:


                                                                     s/Paul A. Magnuson
                                                                     Paul A. Magnuson, Judge
                                                                     United States District Court